# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHARLES E. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-00684-MHH-JHE |
| STEVE THOMPKINS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

In this action, pursuant to 42 U.S.C. § 1983, *pro se* plaintiff Charles E. Walker asserts claims against the defendants for alleged violations of his rights under the Constitution or laws of the United States. (Doc. 1, 17). On February 2, 2024, the magistrate judge entered a report in which he recommends that the Court grant the defendants' motion for summary judgment and dismiss Mr. Walker's claims with prejudice. (Doc. 49). The magistrate judge advised the parties of their right to file specific written objections to the report within 14 days. (Doc. 49). To date, the Court has not received objections.

After reviewing the record in this case and the magistrate judge's report, the Court adopts the report and accepts the magistrate judge's recommendation. Consistent with that recommendation, the Court grants the defendants' motion for summary judgment. The Court will enter a final judgment.

**DONE** and **ORDERED** this March 28, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE